# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in the capacity as court-Appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> HAGIT ROCKAH, JACOB STINER, TZAHI, ROZENTAL, ITZHAK HAREL, PNINA SORASKI, HAVA LIPCER, SIGALIT RAHAT, DEMYAN MICHAELI, EREZ SHAKED, MENAHEM LIPCER, RIVKA HAIMOVITZ, OSHRIT MARCIANO, BARUCH HEYMAN, SHEMUEL COHEN, ILAN DORON, and MESHULAM SHAPIRA, <br>  Defendants. | Case Action No. 3:15-cv-193 |

## ORDER

This matter is before the Court upon the Receiver's Motion for Summary Judgment. Defendants are represented by counsel but have failed to file a response opposing the Receiver's motion and the time for doing so has expired. Accordingly, this matter is now ripe for consideration. For the reasons previously fully described by this Court in granting Summary Judgment for the Receiver in *Bell v. Disner, et al.,* 3:14cv00091 (Doc. No. 142, November 29, 2016) and based on the undisputed facts related to Hagit Rockah, Jacob Stiner, Tzahi Rozental, Itzhak Harel, Pnina Soraski, Hava Lipcer, Sigalit Rahat, Demyan Michaeli, Erez Shaked, Menahem Lipcer, Rivka Haimovitz, Oshrit Marciano, Baruch

Heyman, Shemuel Cohen, Ilan Doron, and Meshulam Shapira's net winnings from the ZeekRewards scheme as set forth in the table below,

| Defendant | Net Winnings |
|---|---|
| Hagit Rockah | $316,584.31 |
| Jacob Stiner | $184,120.22 |
| Tzahi Rozental and Itzhak Harel | $183,164.93 |
| Pnina Sorkaski | $181,881.12 |
| Hava Lipcer | $173,049.21 |
| Sigalit Rahat | $169,053.14 |
| Demyan Michaeli | $153,074.10 |
| Erez Shaked | $98,352.27 |
| Menahem Lipcer | $69,907.85 |
| Rivka Haimovitz | $69,646.49 |
| Oshrit Marciano | $68,419.10 |
| Baruch Heyman | $68,165.19 |
| Shemuel Cohen | $67,066.64 |
| Ilan Doron | $54,472.84 |
| Meshulam Shapira | $53,219.36 |

IT IS HEREBY ORDERED that the Receiver's Motion for Summary Judgment is GRANTED.

Signed: March 21, 2017

Graham C. Mullen
United States District Judge