# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kenneth D. Bell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00193-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Hagit Rackach Sakorka Yarchi | ) | |
| Jacob Stiner | | |
| Yizhak (Harel) Ben Aharon Rozental | | |
| Itzhak Harel | | |
| Pnina Sorkaski | | |
| Hava Lipzer Nir | | |
| Sigalit Zinger Rahat | | |
| Ilan Doron | | |
| Michaeli Demian Mechalashvilli | | |
| Meshulam Shapira | | |
| Erez Shaked | | |
| Menahem Yizhak Liptzer | | |
| Riki Haimovitz | | |
| Oshrit Martziano | | |
| Anat Himan | | |
| Shmuel Cohen, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 21, 2017 Order.

March 21, 2017

Frank G. Johns, Clerk
United States District Court